JAMES McMANIS (40958)
TYLER ATKINSON (257997)
ANDREW PARKHURST (324173)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     (408) 279-8700
Facsimile:     (408) 279-3244
Email:          aparkhurst@mcmanislaw.com

Attorneys for Defendants
ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC.,
SHAHID SHEIKH, FARHAAD SHEIKH, KAMRAN SHEIKH, and
K&F ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP, a Delaware corporation; and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., a California corporation, SHAHID SHEIKH, an individual, and FARHAAD SHEIKH, an individual,<br><br>                    Defendants. | Case No. 3:20-cv-5447 VC<br><br>**ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR DEFENDANTS ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., SHAHID SHEIKH, FARHAAD SHEIKH, KAMRAN SHEIKH, AND K&F ASSOCIATES, LLC**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

///

///

///

///

1

## ANSWER TO FIRST AMENDED COMPLAINT

Defendants Advanced Digital Solutions International, Inc., Shahid Sheikh, Farhaad Sheikh, Kamran Sheikh, and K&F Associates, LLC (collectively "ADSI"), on behalf of themselves, by and through their attorneys, answer the allegations set forth in Plaintiffs Hewlett Packard Enterprise Company, Hewlett Packard Enterprise Development LP and Hewlett-Packard Development Company L.P.'s Amended Complaint for Damages and Injunctive Relief (the "FAC"), and admit, deny, and allege as follows:

### INTRODUCTION

1.      In response to Paragraph 1 of the FAC, ADSI denies each and every allegation contained therein.

2.      In response to Paragraph 2 of the FAC, ADSI denies each and every allegation contained therein.

3.      In response to Paragraph 3 of the FAC, ADSI denies each and every allegation contained therein.

4.      In response to Paragraph 4 of the FAC, ADSI denies each and every allegation contained therein.

### THE PARTIES

5.      ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 of the FAC and on that basis denies each and every allegation contained therein.

6.      ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 of the FAC and on that basis denies each and every allegation contained therein.

7.      ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 of the FAC and on that basis denies each and every allegation contained therein.

8.      In response to Paragraph 8 of the FAC, ADSI admits the allegations therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

9.      In response to Paragraph 9 of the FAC, ADSI admits in part and denies in part. Shahid Sheikh is an individual residing at 1365 Lawrence Road, Danville, CA 94506.  Shahid Sheikh was ADSI's CEO until January 2019.  After January 2019, Shahid Sheikh retained the title of President.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 9.

10.     In response to Paragraph 10 of the FAC, ADSI admits in part and denies in part. Farhaad Sheikh is an individual residing at 1365 Lawrence Road, Danville, CA 94506.  Farhaad is Shahid Sheikh's son. Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 10.

11.     In response to Paragraph 11 of the FAC, ADSI admits the allegations therein.

12.     In response to Paragraph 12 of the FAC, ADSI admits the allegations therein.

13.     In response to Paragraph 13 of the FAC, ADSI denies each and every allegation contained therein.

14.     In response to Paragraph 14 of the FAC, ADSI denies each and every allegation contained therein.

**JURISDICTION**

15.     In response to Paragraph 15 of the FAC, this paragraph contains only legal conclusions, and thus, does not require a response.

16.     In response to Paragraph 16 of the FAC, this paragraph contains only legal conclusions, and thus, does not require a response.

17.     In response to Paragraph 17 of the FAC, this paragraph contains only legal conclusions, and thus, does not require a response.

18.     In response to Paragraph 18 of the FAC, ADSI admits that ADSI and K&F do business in the State of California.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 18.

///

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

**VENUE AND INTRADISTRICT ASSIGNMENT**

19.    In response to Paragraph 19 of the FAC, this paragraph contains only legal conclusions, and thus, does not require a response.

**FACTUAL ALLEGATIONS**

20.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 20  of the FAC and on that basis denies each and every allegation contained therein.

21.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 21  of the FAC and on that basis denies each and every allegation contained therein.

22.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 22  of the FAC and on that basis denies each and every allegation contained therein.

23.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 23  of the FAC and on that basis denies each and every allegation contained therein.

24.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 24  of the FAC and on that basis denies each and every allegation contained therein.

25.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 25  of the FAC and on that basis denies each and every allegation contained therein.

26.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 26  of the FAC and on that basis denies each and every allegation contained therein.

27.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 27  of the FAC and on that basis denies each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

28.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28  of the FAC and on that basis denies each and every allegation contained therein.

29.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 29  of the FAC and on that basis denies each and every allegation contained therein.

30.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 30  of the FAC and on that basis denies each and every allegation contained therein.

31.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 31  of the FAC and on that basis denies each and every allegation contained therein.

32.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 32 of the FAC and on that basis denies each and every allegation contained therein.

33.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 33  of the FAC and on that basis denies each and every allegation contained therein.

34.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 34  of the FAC and on that basis denies each and every allegation contained therein.

35.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 35  of the FAC and on that basis denies each and every allegation contained therein.

36.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 36  of the FAC and on that basis denies each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

37.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 37 of the FAC and on that basis denies each and every allegation contained therein.

38.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 38 of the FAC and on that basis denies each and every allegation contained therein.

39.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 39 of the FAC and on that basis denies each and every allegation contained therein.

40.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 40 of the FAC and on that basis denies each and every allegation contained therein.

41.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 41 of the FAC and on that basis denies each and every allegation contained therein.

42.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 42 of the FAC and on that basis denies each and every allegation contained therein.

43.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 43 of the FAC and on that basis denies each and every allegation contained therein.

44.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 44 of the FAC and on that basis denies each and every allegation contained therein.

45.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 45 of the FAC and on that basis denies each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

1    46.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

2    the allegations contained in Paragraph 46 of the FAC and on that basis denies each and every

3    allegation contained therein.

4    47.    In response to Paragraph 47 of the FAC, ADSI admits in part and denies in part.

5    ADSI admits that it became an HP Partner in 2009.  Except as admitted herein, ADSI lacks

6    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

7    Paragraph 47  of the FAC and on that basis denies each and every allegation contained therein.

8    48.    In response to Paragraph 48 of the FAC, ADSI denies each and every allegation

9    contained therein.

10    49.    In response to Paragraph 49 of the FAC, ADSI denies each and every allegation

11    contained therein.

12    50.    In response to Paragraph 50 of the FAC, including subparts a-e, ADSI admits in

13    part and denies in part.  ADSI admits that it became an HP Partner in 2009.  Except as admitted

14    herein, ADSI lacks sufficient knowledge or information to form a belief as to the truth of the

15    allegations contained in Paragraph 50 of the FAC and on that basis denies each and every

16    allegation contained therein.  In addition, to the extent Paragraph 50 of the FAC, including

17    subparts a-e, contains only legal conclusions, the allegations contained therein do not require a

18    response.

19    51.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

20    the allegations contained in Paragraph 51 of the FAC and on that basis denies each and every

21    allegation contained therein. In addition, to the extent Paragraph 51 of the FAC contains only

22    legal conclusions, the allegations contained therein do not require a response.

23    52.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

24    the allegations contained in Paragraph 52  of the FAC and on that basis denies each and every

25    allegation contained therein. In addition, to the extent Paragraph 52 of the FAC contains only

26    legal conclusions, the allegations contained therein do not require a response.

27    53.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

28    the allegations contained in Paragraph 53 of the FAC and on that basis denies each and every

1  allegation contained therein. In addition, to the extent Paragraph 53 of the FAC contains only

2  legal conclusions, the allegations contained therein do not require a response.

3        54.    In response to Paragraph 54 of the FAC, ADSI admits in part and denies in part.

4  ADSI admits it responded to discovery on January 15, 2021, and that those responses, including

5  the documents produced, stand for themselves.  Except as admitted herein, ADSI denies each

6  and every allegation contained in Paragraph 54.

7        55.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

8  the allegations contained in Paragraph 55 of the FAC and on that basis denies each and every

9  allegation contained therein.

10        56.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

11  the allegations contained in Paragraph 56 of the FAC and on that basis denies each and every

12  allegation contained therein.

13        57.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

14  the allegations contained in Paragraph 57 of the FAC and on that basis denies each and every

15  allegation contained therein.

16        58.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

17  the allegations contained in Paragraph 58 of the FAC and on that basis denies each and every

18  allegation contained therein.

19        59.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

20  the allegations contained in Paragraph 59 of the FAC and on that basis denies each and every

21  allegation contained therein.

22        60.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

23  the allegations contained in Paragraph 60 of the FAC and on that basis denies each and every

24  allegation contained therein.

25        61.    In response to Paragraph 61 of the FAC, ADSI admits in part and denies in part.

26  ADSI admits it responded to Plaintiffs' Requests for Admission and that Shahid Sheikh gave

27  deposition testimony on June 24, 2021, and that those responses and testimony stand for

28

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

1    themselves.  Except as admitted herein, ADSI denies each and every allegation contained in

2    Paragraph 61.

3        62.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

4    the allegations contained in Paragraph 62 of the FAC and on that basis denies each and every

5    allegation contained therein.

6        63.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

7    the allegations contained in Paragraph 63 of the FAC and on that basis denies each and every

8    allegation contained therein.

9        64.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

10   the allegations contained in Paragraph 64 of the FAC and on that basis denies each and every

11   allegation contained therein.

12       65.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

13   the allegations contained in Paragraph 65 of the FAC and on that basis denies each and every

14   allegation contained therein.

15       66.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

16   the allegations contained in Paragraph 66 of the FAC and on that basis denies each and every

17   allegation contained therein.

18       67.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of

19   the allegations contained in Paragraph 67 of the FAC and on that basis denies each and every

20   allegation contained therein.

21       68.    In response to Paragraph 68 of the FAC, ADSI admits in part and denies in part.

22   ADSI admits it responded to Plaintiffs' Requests for Production and produced its sales records

23   and that Shahid Sheikh gave deposition testimony on June 24, 2021, and that those responses and

24   testimony stand for themselves.  Except as admitted herein, ADSI denies each and every

25   allegation contained in Paragraph 68.

26       69.    In response to Paragraph 69 of the FAC, ADSI admits in part and denies in part.

27   ADSI admits it responded to Plaintiffs' Requests for Production and produced its sales records,

28

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

1    and that ADSI's production of records stand for themselves.  Except as admitted herein, ADSI

2    denies each and every allegation contained in Paragraph 69.

3            70.      ADSI lacks sufficient knowledge or information to form a belief as to the truth of

4    the allegations contained in Paragraph 70 of the FAC and on that basis denies each and every

5    allegation contained therein.

6            71.      ADSI lacks sufficient knowledge or information to form a belief as to the truth of

7    the allegations contained in Paragraph 71 of the FAC and on that basis denies each and every

8    allegation contained therein.

9            72.      In response to Paragraph 72 of the FAC, ADSI admits in part and denies in part.

10   ADSI admits it responded to Plaintiffs' Requests for Production and produced its sales records,

11   and that ADSI's production of records stand for themselves.  Except as admitted herein, ADSI

12   denies each and every allegation contained in Paragraph 72.

13           73.      In response to Paragraph 73 of the FAC, ADSI denies each and every allegation

14   contained therein.

15           74.      ADSI lacks sufficient knowledge or information to form a belief as to the truth of

16   the allegations contained in Paragraph 74 of the FAC and on that basis denies each and every

17   allegation contained therein.

18           75.      In response to Paragraph 75 of the FAC, ADSI admits in part and denies in part.

19   ADSI admits it responded to Plaintiffs' Requests for Production and produced its sales records,

20   and that ADSI's production of records stand for themselves.  Except as admitted herein, ADSI

21   denies each and every allegation contained in Paragraph 75.

22           76.      ADSI lacks sufficient knowledge or information to form a belief as to the truth of

23   the allegations contained in Paragraph 76 of the FAC and on that basis denies each and every

24   allegation contained therein.

25           77.      ADSI lacks sufficient knowledge or information to form a belief as to the truth of

26   the allegations contained in Paragraph 77 of the FAC and on that basis denies each and every

27   allegation contained therein.

28

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

78.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 78 of the FAC and on that basis denies each and every allegation contained therein.

79.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 79 of the FAC and on that basis denies each and every allegation contained therein.

80.     In response to Paragraph 80 of the FAC, ADSI denies each and every allegation contained therein.

81.     In response to Paragraph 81 of the FAC, ADSI admits in part and denies in part. ADSI admits it responded to Plaintiffs' Requests for Production and produced its sales records, and that ADSI's production of records stand for themselves.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 81.

82.     In response to Paragraph 82 of the FAC, the allegations relate to another litigation and consist of unproven claims irrelevant to this case.  Furthermore, ADSI denied the allegations contained in the public records referenced therein.

83.     In response to Paragraph 83 of the FAC, the allegations relate to another litigation and consist of unproven claims irrelevant to this case.  Furthermore, ADSI denied the allegations contained in the public records referenced therein.

84.     In response to Paragraph 84 of the FAC, the allegations relate to another litigation and consist of unproven claims irrelevant to this case. Furthermore, ADSI denied the allegations contained in the public records referenced therein.

85.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 85 of the FAC and on that basis denies each and every allegation contained therein.

86.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 86 of the FAC and on that basis denies each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

87.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 87 of the FAC and on that basis denies each and every allegation contained therein.

88.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 88 of the FAC and on that basis denies each and every allegation contained therein.

89.     In response to Paragraph 89 of the FAC, ADSI admits in part and denies in part. ADSI admits it was terminated as an HPE partner.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 89.

90.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 90 of the FAC and on that basis denies each and every allegation contained therein.

91.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 91 of the FAC and on that basis denies each and every allegation contained therein.

92.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 92 of the FAC and on that basis denies each and every allegation contained therein.

93.     In response to Paragraph 93 of the FAC, ADSI admits in part and denies in part. ADSI admits it does business through the website stated in the FAC.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 93.

94.      In response to Paragraph 94 of the FAC, ADSI admits in part and denies in part. ADSI admits it does business through the website stated in the FAC.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 94.

95.     In response to Paragraph 95 of the FAC, ADSI denies each and every allegation contained therein.

96.     In response to Paragraph 96 of the FAC, ADSI denies each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

97.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 97 of the FAC and on that basis denies each and every allegation contained therein.

98.     In response to Paragraph 98 of the FAC, ADSI admits in part and denies in part. ADSI admits Shahid Sheikh gave deposition testimony as the person most knowledgeable, and that his testimony stands for itself.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 98.

99.     In response to Paragraph 99 of the FAC, ADSI admits in part and denies in part. ADSI admits Nabia Uddin, Norman Karamat and Mike Minhas left ADSI. Except as admitted herein, ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 99 of the FAC and on that basis denies each and every allegation contained therein.

100.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 100 of the FAC and on that basis denies each and every allegation contained therein.

101.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 101 of the FAC and on that basis denies each and every allegation contained therein.

102.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 102 of the FAC and on that basis denies each and every allegation contained therein.

103.     In response to Paragraph 103 of the FAC, ADSI denies each and every allegation contained therein.

104.     In response to Paragraph 104 of the FAC, ADSI admits in part and denies in part. ADSI admits that K & F Associates LLC, located at 7026 Koll Center Parkway, Suite 211, Pleasanton, CA 94566, became a HPE Partner on or about June 12, 2020, and that the request was submitted by Shawn Shah.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 104.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

## FIRST CLAIM FOR RELIEF

### Federal Trademark Infringement (15 U.S.C. § 1114(1)(a))
### Against Defendants Advanced Digital Solutions International, Inc., Shahid Sheikh, and Kamran Sheikh

105.    In response to Paragraph 105 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 104 of the FAC as if fully set forth herein.

106.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 106  of the FAC and on that basis denies each and every allegation contained therein.

107.    In response to Paragraph 107 of the FAC, ADSI denies each and every allegation contained therein.

108.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 108 of the FAC and on that basis denies each and every allegation contained therein.

109.    In response to Paragraph 109 of the FAC, ADSI denies each and every allegation contained therein.

110.    In response to Paragraph 110 of the FAC, ADSI denies each and every allegation contained therein.

111.    In response to Paragraph 111 of the FAC, ADSI denies each and every allegation contained therein.

112.    In response to Paragraph 112 of the FAC, ADSI denies each and every allegation contained therein. .

113.    In response to Paragraph 113 of the FAC, ADSI denies each and every allegation contained therein.

114.    In response to Paragraph 114 of the FAC, ADSI denies each and every allegation contained therein.

///

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

1

2

3

**SECOND CLAIM FOR RELIEF**
**Federal Tradmark Counterfeiting**
**(15 U.S.C. §1114(1)(b))**
**Against Defendants Advanced Digital Solutions International, Inc., Shahid Sheikh, and**
**Kamran Sheikh**

4

5

115.     In response to Paragraph 115 of the FAC, ADSI incorporates their responses to

the allegations in Paragraphs 1 through 114 of the FAC as if fully set forth herein.

6

7

8

116.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of

the allegations contained in Paragraph 116 of the FAC and on that basis denies each and every

allegation contained therein..

9

10

117.     In response to Paragraph 117 of the FAC, ADSI denies each and every allegation

contained therein.

11

12

118.     In response to Paragraph 118 of the FAC, ADSI denies each and every allegation

contained therein.

13

14

119.     In response to Paragraph 119 of the FAC, ADSI denies each and every allegation

contained therein.

15

16

120.     In response to Paragraph 120 of the FAC, ADSI denies each and every allegation

contained therein.

17

18

121.     In response to Paragraph 121 of the FAC, ADSI denies each and every allegation

contained therein.

19

20

21

**THIRD CLAIM FOR RELIEF**
**Federal Unfair Competition/False Advertising**
**(15 U.S.C. §1125)**
**Against Defendant Advanced Digital Solutions International, Inc., Shahid Sheikh, and**
**Kamran Sheikh**

22

23

122.     In response to Paragraph 122 of the FAC, ADSI incorporates their responses to

the allegations in Paragraphs 1 through 121 of the FAC as if fully set forth herein.

24

25

123.     In response to Paragraph 123 of the FAC, ADSI denies each and every allegation

contained therein

26

27

124.     In response to Paragraph 124 of the FAC, ADSI denies each and every allegation

contained therein.

28

15

125.    In response to Paragraph 125 of the FAC, ADSI denies each and every allegation contained therein.

126.    In response to Paragraph 126 of the FAC, ADSI denies each and every allegation contained therein.

127.    In response to Paragraph 127 of the FAC, ADSI denies each and every allegation contained therein.

**FOURTH CLAIM FOR RELIEF**
**Federal Tradmark Dilution**
**(15 U.S.C. §1125(c))**
**Against Defendants Advanced Digital Solutions International, Inc., Shahid Sheikh, and Kamran Sheikh**

128.    In response to Paragraph 128 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 127 of the FAC as if fully set forth herein. .

129.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 129 of the FAC and on that basis denies each and every allegation contained therein..

130.    In response to Paragraph 130 of the FAC, ADSI denies each and every allegation contained therein.

131.    In response to Paragraph 131 of the FAC, ADSI denies each and every allegation contained therein.

132.    In response to Paragraph 132 of the FAC, ADSI denies each and every allegation contained therein. .

133.    In response to Paragraph 133 of the FAC, ADSI denies each and every allegation contained therein.

134.    In response to Paragraph 134 of the FAC, ADSI denies each and every allegation contained therein.

///

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

**FIFTH CLAIM FOR RELIEF**
**California Statutory Misleading and Deceptive Advertising**
**(Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**
**Against Defendant Advanced Digital Solutions International, Inc.**

135.     In response to Paragraph 135 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 134 of the FAC as if fully set forth herein.

136.     In response to Paragraph 136 of the FAC, ADSI denies each and every allegation contained therein.

137.     In response to Paragraph 137 of the FAC, ADSI denies each and every allegation contained therein.

138.     In response to Paragraph 138 of the FAC, ADSI denies each and every allegation contained therein.

139.     In response to Paragraph 139 of the FAC, ADSI denies each and every allegation contained therein.

140.     In response to Paragraph 140 of the FAC, ADSI denies each and every allegation contained therein.

141.     In response to Paragraph 141 of the FAC, ADSI denies each and every allegation contained therein.

**SIXTH CLAIM FOR RELIEF**
**Unjust Enrichment**
**(Common Law)**
**Against Defendants Advanced Digital Solutions International, Inc., K&F Associates, and Shahid Sheikh**

142.     In response to Paragraph 142 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 141 of the FAC as if fully set forth herein.

143.     In response to Paragraph 143 of the FAC, ADSI denies each and every allegation contained therein.

144.     In response to Paragraph 144 of the FAC, this paragraph contains only legal conclusions, and thus, does not require a response.

///

17

**SEVENTH CLAIM FOR RELIEF**
**California Unfair Competition**
**(Cal. Bus. & Prof. Code §§17200 *et seq.*)**
**Against Defendants Advanced Digital Solutions International, Inc., K&F Associates,**
**Shahid Sheikh, Farhaad Sheikh, and Kamran Sheikh**

145.    In response to Paragraph 145 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 144 of the FAC as if fully set forth herein.

146.    In response to Paragraph 146 of the FAC, this paragraph contains only legal conclusions, and thus, does not require a response.

147.    In response to Paragraph 147 of the FAC, ADSI denies each and every allegation contained therein.

148.    In response to Paragraph 148 of the FAC, ADSI denies each and every allegation contained therein.

149.    In response to Paragraph 149 of the FAC, ADSI denies each and every allegation contained therein.

150.    In response to Paragraph 150 of the FAC, ADSI denies each and every allegation contained therein.

**EIGHTH CLAIM FOR RELIEF**
**Breach of Contract (Prime Solutions as Fake End Customer)**
**Against Defendants Advanced Digital Solutions International, Inc., and Shahid Sheikh**

151.    In response to Paragraph 151 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 150 of the FAC as if fully set forth herein.

152.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 152  of the FAC and on that basis denies each and every allegation contained therein.

153.    In response to Paragraph 153 of the FAC, ADSI admits in part and denies in part. ADSI was an authorized HPE Partner and a member of HPE's channel sales organization. Except as admitted herein, ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 153 of the FAC and on that basis denies each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

154.   ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 154 of the FAC and on that basis denies each and every allegation contained therein.

155.   In response to Paragraph 155 of the FAC, ADSI denies each and every allegation contained therein.

156.   In response to Paragraph 156 of the FAC, ADSI denies each and every allegation contained therein.

157.   In response to Paragraph 157 of the FAC, ADSI denies each and every allegation contained therein.

158.   In response to Paragraph 158 of the FAC, ADSI denies each and every allegation contained therein.

**NINTH CLAIM FOR RELIEF**
**Breach of Contract (Google as Fake End Customer)**
**Against Defendants Advanced Digital Solutions International, Inc., and Shahid Sheikh**

159.   In response to Paragraph 159 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 158 of the FAC as if fully set forth herein.

160.   ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 160 of the FAC and on that basis denies each and every allegation contained therein.

161.   In response to Paragraph 161 of the FAC, ADSI admits in part and denies in part. ADSI was an authorized HPE Partner and a member of HPE's channel sales organization. Except as admitted herein, ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 161 of the FAC and on that basis denies each and every allegation contained therein.

162.   ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 162 of the FAC and on that basis denies each and every allegation contained therein.

163.   In response to Paragraph 163 of the FAC, ADSI denies each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

164.    In response to Paragraph 164 of the FAC, ADSI denies each and every allegation contained therein.

165.    In response to Paragraph 165 of the FAC, ADSI denies each and every allegation contained therein.

166.    In response to Paragraph 166 of the FAC, ADSI denies each and every allegation contained therein.

**TENTH CLAIM FOR RELIEF**
**Breach of Contract (PayPal as Fake Customer)**
**Against Defendants Advanced Digital Solutions International, Inc., and Shahid Sheikh**

167.    In response to Paragraph 167 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 166 of the FAC as if fully set forth herein.

168.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 168 of the FAC and on that basis denies each and every allegation contained therein.

169.    In response to Paragraph 169 of the FAC, ADSI admits in part and denies in part. ADSI was an authorized HPE Partner and a member of HPE's channel sales organization. Except as admitted herein, ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 161 of the FAC and on that basis denies each and every allegation contained therein.

170.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 170 of the FAC and on that basis denies each and every allegation contained therein.

171.    In response to Paragraph 171 of the FAC, ADSI denies each and every allegation contained therein.

172.    In response to Paragraph 172 of the FAC, ADSI denies each and every allegation contained therein.

///

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

**ELEVENTH CLAIM FOR RELIEF**
**Breach of Contract (Other Fake Customers)**
**Against Defendants Advanced Digital Solutions International, Inc., and Shahid Sheikh**

173.    In response to Paragraph 173 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 172 of the FAC as if fully set forth herein.

174.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 174 of the FAC and on that basis denies each and every allegation contained therein.

175.    In response to Paragraph 175 of the FAC, ADSI admits in part and denies in part. ADSI was an authorized HPE Partner and a member of HPE's channel sales organization. Except as admitted herein, ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 161 of the FAC and on that basis denies each and every allegation contained therein.

176.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 176 of the FAC and on that basis denies each and every allegation contained therein.

177.    In response to Paragraph 177 of the FAC, ADSI denies each and every allegation contained therein.

178.    In response to Paragraph 177 of the FAC, ADSI denies each and every allegation contained therein.

**TWELFTH CLAIM FOR RELIEF**
**Breach of Contract (Sales to K&F Associates)**
**Against Defendants Advanced Digital Solutions International, Inc., and Shahid Sheikh**

179.    In response to Paragraph 179 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 178 of the FAC as if fully set forth herein.

180.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 180 of the FAC and on that basis denies each and every allegation contained therein.

181.    In response to Paragraph 181 of the FAC, ADSI admits in part and denies in part. ADSI was an authorized HPE Partner and a member of HPE's channel sales organization.

1    Except as admitted herein, ADSI lacks sufficient knowledge or information to form a belief as to
2    the truth of the allegations contained in Paragraph 181 of the FAC and on that basis denies each
3    and every allegation contained therein.

4    182.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of
5    the allegations contained in Paragraph 182 of the FAC and on that basis denies each and every
6    allegation contained therein.

7    183.    In response to Paragraph 183 of the FAC, ADSI denies each and every allegation
8    contained therein.

9    184.    In response to Paragraph 184 of the FAC, ADSI denies each and every allegation
10   contained therein.

11
### THIRTEENTH CLAIM FOR RELIEF
**Breach of Contract (Purchases from Unauthorized Sources)**
12   **Against Defendants Advanced Digital Solutions International, Inc., and Shahid Sheikh**

13   185.    In response to Paragraph 185 of the FAC, ADSI incorporates their responses to
14   the allegations in Paragraphs 1 through 184 of the FAC as if fully set forth herein.

15   186.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of
16   the allegations contained in Paragraph 186 of the FAC and on that basis denies each and every
17   allegation contained therein.

18   187.    In response to Paragraph 187 of the FAC, ADSI admits in part and denies in part.
19   ADSI was an authorized HPE Partner and a member of HPE's channel sales organization.
20   Except as admitted herein, ADSI lacks sufficient knowledge or information to form a belief as to
21   the truth of the allegations contained in Paragraph 187 of the FAC and on that basis denies each
22   and every allegation contained therein.

23   188.    ADSI lacks sufficient knowledge or information to form a belief as to the truth of
24   the allegations contained in Paragraph 188 of the FAC and on that basis denies each and every
25   allegation contained therein.

26   189.    In response to Paragraph 189 of the FAC, ADSI denies each and every allegation
27   contained therein.

28

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

190.     In response to Paragraph 190 of the FAC, ADSI denies each and every allegation contained therein.

## FOURTEENTH CLAIM FOR RELIEF
### Fraud
**Against Defendants Advanced Digital Solutions International, Inc., K&F Associates, and Shahid Sheikh**

191.     In response to Paragraph 191 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 190 of the FAC as if fully set forth herein.

192.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 192 of the FAC and on that basis denies each and every allegation contained therein.

193.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 193 of the FAC and on that basis denies each and every allegation contained therein.

194.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 194 of the FAC and on that basis denies each and every allegation contained therein.

195.     In response to Paragraph 195 of the FAC, ADSI admits in part and denies in part. ADSI admits that it has responded to discovery related to the allegations in Paragraph 195 and that those responses stand for themselves.  Except as admitted herein, ADSI denies each and every allegation contained in Paragraph 195.

196.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 196 of the FAC and on that basis denies each and every allegation contained therein.

197.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 197 of the FAC and on that basis denies each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

198.     ADSI lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 198 of the FAC and on that basis denies each and every allegation contained therein.

### FIFTEENTH CLAIM FOR RELIEF
#### Conversion
### Against Defendants Advanced Digital Solutions International, Inc., K&F Associates, and Shahid Sheikh

199.     In response to Paragraph 199 of the FAC, ADSI incorporates their responses to the allegations in Paragraphs 1 through 198 of the FAC as if fully set forth herein

200.     In response to Paragraph 200 of the FAC, ADSI denies each and every allegation contained therein.

201.     In response to Paragraph 201 of the FAC, ADSI denies each and every allegation contained therein.

202.     In response to Paragraph 202 of the FAC, ADSI denies each and every allegation contained therein.

### ANSWER TO PRAYERS FOR RELIEF

In response to pages 51-52 of the FAC, Paragraphs A-L, these paragraphs constitute prayers for relief and therefore no response is required.   Nonetheless, ADSI denies Plaintiffs are entitled to any injunctive relief, special damages, statutory damages, general damages, consequential damages, punitive damages, restitutionary damages, or treble damages. ADSI denies Plaintiffs are entitled to attorney's fees, pre or post judgment interest, litigation expenses and/or costs of this suite.  ADSI denies Plaintiffs are entitled to any other relief.

### AFFIRMATIVE DEFENSES TO PLAINTIFFS' FAC

ADSI alleges the following affirmative defenses with respect to the claims alleged in the FAC, without assuming the burden of proof where the burden of proof rests on Plaintiffs:

### FIRST AFFIRMATIVE DEFENSE

#### (Acquiescence)

ADSI alleges the claims made in the FAC are barred, in whole or in part, by the equitable doctrine of acquiescence to ADSI's alleged use, if any, of Plaintiffs' marks.

1                 **SECOND AFFIRMATIVE DEFENSE**

2         (Bus. and Pro. Code § 17200 – Not Unfair, Unlawful, or Fraudulent)

3       ADSI alleges that because Plaintiff's allegations of trademark infringement and false

4 advertising are false, their business actions or practices were not unfair, unlawful, fraudulent, or

5 deceptive within the meaning of California Business and Professions Code sections 17200 et seq.

6                 **THIRD AFFIRMATIVE DEFENSE**

7           (Causation/Contribution by Third-Party Acts)

8       ADSI alleges that Plaintiffs' claims are barred, in whole or in part, because the injuries

9 and/or damages alleged in the FAC were actually and/or proximately caused by the acts or

10 omissions committed by third parties not named in the FAC, including, but not limited to, its

11 former sales team members prior to the end of their employment with ADSI.

12                 **FOURTH AFFIRMATIVE DEFENSE**

13               (Failure to Mitigate)

14       ADSI alleges that Plaintiffs' claims are barred, in whole or in part, because Plaintiff

15 failed to take all reasonable, necessary, and appropriate action to mitigate and purported damages

16 resulting from the alleged matter set forth in the FAC.

17                 **FIFTH AFFIRMATIVE DEFENSE**

18           (Failure to State a Cause of Action)

19       ADSI alleges the FAC, in whole or in part, fails to state facts sufficient to constitute a

20 claim against ADSI.

21                 **SIXTH AFFIRMATIVE DEFENSE**

22                 (Fair Use)

23       ADSI alleges that Plaintiffs' claims are barred, in whole or in part, because ADSI's

24 alleged use of Plaintiffs' marks, if any, was a fair use.

25               **SEVENTH AFFIRMATIVE DEFENSE**

26             (First Sale Doctrine)

27       ADSI alleges that Plaintiffs' claims are barred, in whole or in part, based on the first sale

28 doctrine and the principles of exhaustion with respect to products allegedly sold or resold

1  containing Plaintiffs' marks.

2  ### EIGHTH AFFIRMATIVE DEFENSE

3  (Indemnity)

4  ADSI alleges that Plaintiffs' alleged damages and/or injuries, if any, in whole or in part,

5  were actually and/or proximately caused by the actions of persons not named in the FAC, and

6  therefore, ADSI are indemnified with respect to Plaintiffs' claims.

7  ### NINTH AFFIRMATIVE DEFENSE

8  (Laches)

9  ADSI alleges that Plaintiffs are barred from obtaining any recovery in this case by the

10  equitable doctrine of laches.

11  ### TENTH AFFIRMATIVE DEFENSE

12  (Offset)

13  ADSI alleges that in the event that any damages are awarded to Plaintiffs, such damages

14  are to be offset by the amounts which ADSI have been damaged, owed, and/or unpaid by

15  Plaintiffs.

16  ### ELEVENTH AFFIRMATIVE DEFENSE

17  (No Punitive Damages)

18  ADSI alleges that Plaintiffs are precluded from recovering any punitive damages because

19  ADSI did not engage in oppressive, fraudulent, or malicious conduct toward Plaintiffs.

20  ### TWELFTH AFFIRMATIVE DEFENSE

21  (Speculative Damages)

22  ADSI alleges the FAC requests for damages against ADSI are barred because Plaintiffs'

23  damages, if any, are speculative, uncertain, and incapable of being ascertained.

24  ### THIRTEENTH AFFIRMATIVE DEFENSE

25  (Statute of Limitations)

26  ADSI alleges that all or some of the Plaintiffs' claims are barred by the statute of

27  limitations.

28

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

**FOURTEENTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

ADSI alleges that Plaintiffs' claims are barred by the doctrine of unclean hands.

**FIFTEENTH AFFIRMATIVE DEFENSE**

(Waiver)

ADSI alleges that Plaintiffs' claims are barred, in whole or in part, because Plaintiffs, by their own conduct, waived any claims as to the matters of which Plaintiffs now complain.

**SIXTEENTH AFFIRMATIVE DEFENSE**

(Prevention of Performance)

ADSI alleges that Plaintiffs' claims are barred because Plaintiff prevented ADSI's performance under the contract, by failing to give proper notice of the alleged breach and terminating the contract, among other acts and omissions.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

(Frustration of Purpose)

ADSI alleges that any recovery is barred because Plaintiff frustrated the purpose of the contract.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

(Impossibility)

ADSI alleges that any recovery is barred because plaintiff's conduct made it impossible for defendant to perform under the alleged contract.

**NINETEENTH AFFIRMATIVE DEFENSE**

(Good Faith)

ADSI alleges that Plaintiffs' claims are barred because at all times complained of, ADSI acted without malice and in good faith, and that all actions taken by ADSI with regard to Plaintiff were taken for lawful reasons and in good faith.

**TWENTIETH AFFIRMATIVE DEFENSE**

(Accord and Satisfaction)

ADSI alleges that Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; Case No. 3:20-cv-5447 VC

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

(Lack or Failure of Consideration)

ADSI alleges that Plaintiffs' claims are barred because of a failure or lack of consideration.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

(Failure of Condition Precedent)

ADSI alleges that Plaintiffs' claims are barred due to a failure of conditions precedent.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

(Limitation of Damages)

ADSI alleges that the damages claimed by Plaintiff, if any are proven, are limited by contract.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

(Damages Waiver)

ADSI alleges that plaintiff has waived and released any claim to consequential, indirect, special or punitive loss or damage, including lost revenues or profits or diminution in value, whether in contract, tort (including negligence), or otherwise, by contract.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

(First Amendment)

ADSI alleges that Plaintiffs' claims are barred because any statements Plaintiffs claim are false or misleading constitute speech protected by the First Amendment to the United States Constitution.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

(Mistake)

ADSI alleges that Plaintiffs' claims are barred because the parties did not form a mutually binding agreement as a result of a unilateral or mutual mistake among the parties.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

(Innocent Infringement/Breach)

ADSI alleges that Plaintiffs' claims are barred because any infringement of its marks, or

breaches of the parties' agreements, by defendants, if any occurred, were the result of good faith and innocent actions undertaken by defendants.

## RESERVED

ADSI presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available.  ADSI hereby gives notice that it intends to rely upon any other defenses that may become available or apparent during the discovery proceedings in this matter and hereby reserves its right to amend the Answer and to assert any such affirmative defense(s).

## PRAYER FOR RELIEF

WHEREFORE, ADSI prays for judgment as follows:

1.     That Plaintiffs take nothing by reason of their FAC, that judgment be rendered in favor of ADSI;

2.     That ADSI be awarded their costs of suit incurred in defense of this action; and

3.     For such other relief as the Court deems proper.

DATED:  October 19, 2021                     McMANIS FAULKNER

   /s/ Andrew Parkhurst
JAMES MCMANIS
ANDREW PARKHURST
Attorneys for Defendants ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., SHAHID SHEIKH, FARHAAD SHEIKH, KAMRAN SHEIKH, and K&F ASSOCIATES, LLC

## DEMAND FOR JURY TRIAL

Pursuant to Civil L.R. 3-6 and Fed. R. Civ. P. 38, ADSI hereby demands a trial by jury.

DATED:  October 19, 2021                     McMANIS FAULKNER

   /s/ Andrew Parkhurst
JAMES MCMANIS
ANDREW PARKHURST
Attorneys for Defendants, ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., SHAHID SHEIKH, FARHAAD SHEIKH, KAMRAN SHEIKH, and K&F ASSOCIATES, LLC

29