RICHARD J. NELSON (State Bar No. 141658)
E-Mail:  *rnelson@sideman.com*
MICHAEL H. HEWITT (State Bar No. 309691)
E-Mail:  *mhewitt@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

Attorneys for HEWLETT PACKARD ENTERPRISE COMPANY, HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP, a Delaware corporation; and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., a California corporation, SHAHID SHEIKH, an individual, FARHAAD SHEIKH, an individual; KAMRAN SHEIKH, an individual; and K & F ASSOCIATES, LLC (dba TAPE4BACKUP), a California limited liability company,<br><br>Defendants. | Case No. 3:20-cv-05447 VC<br><br>**<u>FURTHER</u> UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:  Honorable Vince Chhabria<br>Date:   June 9, 2022<br>Time:   2:30 p.m.<br>Crtrm.:  via Zoom |

Plaintiffs HEWLETT PACKARD ENTERPRISE COMPANY, HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. (together "HPE" or "Plaintiffs") and Defendants ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., SHAHID SHEIKH, and FARHAAD SHEIKH, KAMRAN SHEIKH, and K & F ASSOCIATES LLC (together "ADSI" or "Defendants," and collectively with HPE, the "Parties") hereby submit the following <u>Further</u> Updated Joint Case Management Statement.

Following Defendants' new counsel's recent substitution into this case (on June 1, 2022), the Parties engaged in a meet and confer session yesterday (on June 7, 2022) to discuss the potential for case resolution, as well as scheduling issues. The Parties have agreed to participate in a mediation session on June 30, 2022, before Hon. Kevin J. Murphy (Ret.) of ADR Services, Inc., with the goal of attempting to resolve this case.

Accordingly, the Parties respectfully suggest and request that the Court continue the joint case management conference scheduled for tomorrow (June 9, 2022) to the first available date after June 30, 2022 that is convenient for the Court.

Respectfully submitted,

DATED: June 8, 2022    SIDEMAN & BANCROFT LLP

By:    */s/ Michael H. Hewitt*
Michael H. Hewitt
Attorneys for Hewlett Packard Enterprise Company, Hewlett Packard Enterprise Development LP, And Hewlett-Packard Development Company, L.P.

DATED: June 8, 2022    RIMON, P.C.

By:    */s/ Brian T. Hafter*
Brian T. Hafter
Attorneys for Advanced Digital Solutions International, Inc., Shahid Sheikh, Farhaad Sheikh, Kamran Sheikh, and K & F Associates LLC

**ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5.1., I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Updated Joint Case Management Statement.

DATED: June 8, 2022         SIDEMAN & BANCROFT LLP

By:      */s/ Michael H. Hewitt*