UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, et al.,<br><br>   Plaintiff,<br><br>v.<br><br>ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., et al.,<br><br>   Defendant. | Case No. 20-cv-05447-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the Joint Notice of Settlement filed on July 6, 2022 that the parties have resolved this case through mediation. (Re: Dkt. No. 66). The parties' request to continue the Case Management Conference until after February 15, 2023 is denied. Ensuring compliance with the settlement agreement is not a reason to keep the case open. If a party fails to comply with a consummated settlement agreement, the opposing party has remedies regardless of whether the case is kept open. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: July 12, 2022

VINCE CHHABRIA
United States District Judge