UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, et al., | 20-cv-05447-VC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., et al., | |
| Defendant. | |

The Court, having dismissed this case with prejudice, now enters judgment. *See* Dkt. No. 67. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 13, 2022

_____

VINCE CHHABRIA
United States District Judge